UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 00835
    RONNIE E KELLY
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
    SSN XXX-XX-9266

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/31/06 and confirmed on 05/24/06.

    2.  The case was dismissed after confirmation, 11/07/2008.

    3.  The Debtor paid a total of $ 63675.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | 56842.34 | .00 | 56842.34 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 12865.84 | .00 | 1420.34 |
| EXECUTIVE PROPERTY MANAG | SECURED | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2195.44 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 212.55 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| VATIV RECOVERY SOLUTIONS | UNSECURED | 2403.09 | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 500.00 | .00 | .00 |
| RMI | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

            Summary of disbursements:
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 69708.18 | .00 | 5311.08 | .00 | 75019.26 |
| PRINCIPAL PAID | 58262.68 | .00 | .00 | .00 | 58262.68 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 58262.68 | .00 | .00 | .00 | 58262.68 |

The Debtor's attorney, ROBERT V SCHALLER              , was allowed $ 2500.00
and was paid $  1500.00  direct and $  1000.00  through the plan.

The Trustee received $  2612.32 .

Refunds to the Debtor totaled $  1800.00 .

    Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/16/09                    /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE